# AFFIDAVIT OF SERVICE

| Case: 24-5962 | Court: In the United States District Court for the Eastern District of Pennsylvania | Job: 12141441 |
|---|---|---|
| **Plaintiff / Petitioner:** WEIHARIK GARCIA, individually and on behalf of all others similarly situated | | **Defendant / Respondent:** POPMENU, INC. AND METROPOLITAN HOSPITALITY, INC. |
| **Received by:** Harris Investigations, LLC | | **For:** Perrong Law LLC |
| **To be served upon:** Popmenu Inc. c/o: Registered Agents Inc | | |

I, Laura Bly, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kamberia List, 502 W 7TH STREET SUITE 100, Erie, PA 16502
**Manner of Service:** Business, Nov 13, 2024, 9:40 am EST
**Documents:** SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL (Received Nov 7, 2024 at 2:53pm EST)

**Additional Comments:**
1) Successful Attempt: Nov 13, 2024, 9:40 am EST at 502 W 7TH STREET SUITE 100, Erie, PA 16502 received by Kamberia List. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'6"; Hair: Blond; Other: Paralegal, wearing a pink shirt ;
Kamberia is a Paralegal, she accepted the summons.

*Laura Bly*   11/13/24
Laura Bly   Date
ID# 1065

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
814-795-0870