IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEIHARIK GARCIA,<br>Individually and on behalf of all others similarly situated, | : <br> : <br> : <br> : | |
| Plaintiff, | : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 24-5962 |
| POPMENU, INC., et al., | : <br> : | |
| Defendants. | : | |

## STIPULATION AND ORDER

Plaintiff Weiharik Garcia and Defendant Popmenu, Inc. stipulate and agree, subject to the approval of this Court, that Defendant Popmenu shall have until **January 3, 2025**, to respond to the Complaint (ECF No. 1) so that Defendant can investigate Plaintiff's allegations and file a proper response. Such an extension will not affect any existing deadlines.

Dated: November 27, 2024

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
(215) 225-5529
a@perronglaw.com

*Attorney for Plaintiff*

Respectfully submitted,

/s/ *John G. Papianou*
John G. Papianou, Esquire
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 772-1500
jpapianou@mmwr.com

*Attorney for Defendant Popmenu, Inc.*

**APPROVED AND SO ORDERED:**

Dated: November 27, 2024, 2024

/s/ Juan R. Sánchez
Juan R. Sanchez, J.