UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Popmenu, Inc. and Metropolitan Hospitality, Inc.,<br><br>Defendants. | Civil Action No. 24-5962-JS |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Thomas R. Hurd, Esquire as counsel for Defendant, Metropolitan Hospitality, Inc.

                                     **McELROY, DEUTSCH,**
                                     **MULVANEY & CARPENTER, LLP**

By: _____
THOMAS R. HURD, ESQUIRE
PA ID: 23120
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103
Tel: (215) 557-2900
Fax: (215) 557-2900
Attorney for Defendant,
Metropolitan Hospitality, Inc.

Date: December 4, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the foregoing Entry of Appearance was filed electronically whereby notice of this filing is being electronically sent to all registered parties' counsel by operation of the Court's electronic filing system.

By: _____
THOMAS R. HURD, ESQUIRE

Date:  December 4, 2024