UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Popmenu, Inc. and Metropolitan Hospitality, Inc.,<br><br>Defendants. | Civil Action No. 24-5962-JS |

## STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

It is stipulated and agreed between Plaintiff, Weiharik Garcia ("Plaintiff"), and Defendant, Metropolitan Hospitality, Inc. ("Defendant"), that the deadline for Defendant Metropolitan Hospitality, Inc. to respond to Plaintiff's Complaint is hereby extended until and including January 6, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esquire
**Perrong Law LLC**
2657 Mt. Carmel Ave.
Glenside, PA 19038
Tel: (215) 225-5529
Fax: (888) 329-0305
Attorney for Plaintiff

Thomas R. Hurd, Esquire
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103
Tel: (215) 557-2900
Fax: (215) 557-2990
Attorney for Defendant,
Metropolitan Hospitality, Inc.

APPROVED AND SO ORDERED:

Date: _____          _____
                                      Honorable Juan R. Sanchez