IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POPMENU, INC., et al.,<br><br>Defendants. | Civil Action File No. 24-5962 |

**SECOND STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

It is hereby stipulated and agreed between Plaintiff, Weiharik Garcia ("Plaintiff") and Defendant Metropolitan Hospitality, Inc. ("Defendant"), that the deadline for Defendant to respond to Plaintiff's Complaint is hereby extended until and including February 5, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esquire
**Perrong Law LLC**
2657 Mt. Carmel Ave.
Glenside, PA 19038
Tel: (215) 225-5529
Fax: (888) 329-0305
*Attorney for Plaintiff*

Thomas R. Hurd, Esquire
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1617 John F. Kennedy Blvd., Suite 1550
Philadelphia, PA 19103
Tel: (215) 557-2900
Fax: (215) 557-2990
*Attorney for Defendant Metropolitan Hospitality, Inc.*

APPROVED AND SO ORDERED:

_____
Honorable Juan R. Sánchez