## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA,<br>Individually and on behalf of all others<br>similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>POPMENU, INC., et al.,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:　CIVIL ACTION<br>:<br>:　NO. 24-5962<br>:<br>:<br>:<br>: |

### SECOND STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

It is hereby stipulated and agreed between Plaintiff Weiharik Garcia and Defendant Popmenu, Inc., that the deadline for Popmenu to respond to Plaintiff's Complaint is hereby extended until and including **February 5, 2025**. Such an extension will not affect any existing deadlines and will permit Defendant Popmenu to respond within the same time frame as co-Defendant, Metropolitan Hospitality, Inc.

| | |
|---|---|
| Dated: January 3, 2025 | Respectfully submitted, |
| /s/ *Andrew Roman Perrong*<br>Andrew Roman Perrong, Esquire<br>Perrong Law LLC<br>2657 Mount Carmel Ave.<br>Glenside, PA 19038<br>(215) 225-5529<br>a@perronglaw.com | /s/ *John G. Papianou*<br>John G. Papianou<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>(215) 772-1500<br>jpapianou@mmwr.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Popmenu. Inc.* |

**APPROVED AND SO ORDERED:**

Dated: _____, 2025　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Juan R. Sanchez, J.