# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA,<br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>POPMENU, INC., et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 24-5962 |

## SECOND STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

It is hereby stipulated and agreed between Plaintiff Weiharik Garcia and Defendant Popmenu, Inc., that the deadline for Popmenu to respond to Plaintiff's Complaint is hereby extended until and including **February 5, 2025**. Such an extension will not affect any existing deadlines and will permit Defendant Popmenu to respond within the same time frame as co-Defendant, Metropolitan Hospitality, Inc.

Dated: January 3, 2025

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
(215) 225-5529
a@perronglaw.com

*Attorney for Plaintiff*

Respectfully submitted,

/s/ *John G. Papianou*
John G. Papianou
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 772-1500
jpapianou@mmwr.com

*Attorney for Defendant Popmenu. Inc.*

**APPROVED AND SO ORDERED:**

Dated: January 3, 2025

/s/ Juan R. Sánchez
Juan R. Sanchez, J.