IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 24-5962

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Aaron A. Wagner, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and are paying the $75.00 admission fee through the CM/ECF portal.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| See attached Exhibit A | | |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| See attached Exhibit A | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

Defendant Metropolitan Hospitality, Inc.

(Applicant's Signature)

1/30/2025
(Date)

Name of Applicant's Firm: Kabat Chapman & Ozmer, LLP
Address: 171 17th Street NW, Suite 1550, Atlanta, GA 30363
Telephone Number: (404) 400-7318
Email Address: awagner@kcozlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/30/2025
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Aaron A. Wagner to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Thomas R. Hurd | _[signature]_ | 3/24/1977 | 23120 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

McElroy Deutsch Mulvaney & Carpenter LLP

1617 John F. Kennedy Blvd., Suite 1550, Philadelphia, PA 19103

Tel: (215) 557-2923

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/30/25 _[signature]_
(Date) (Sponsor's Signature)