IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POPMENU, INC., et al.,<br><br>Defendants. | Civil Action File No. 24-5962 |

## ORDER

Before the Court is Defendant Metropolitan Hospitality, Inc.'s Application for Pro Hac Vice for attorney Aaron A. Wagner, Esq., and the law firm of Kabat Chapman & Ozmer, LLP.

IT IS HEREBY ORDERED this ___ day of _____, 2025, that the Application of Aaron A. Wagner, Esq., to practice in this court pursuant to Local Rule of Civil Procedure 83.52(b) is

_____ GRANTED

_____ DENIED

_____
Honorable Juan R. Sánchez