**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WEIHARIK GARCIA,<br>Individually and on behalf of all others<br>similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>POPMENU, INC., et al.,<br><br>    Defendants. | Civil Action File No. 24-5962 |

**CERTIFICATE OF SERVICE**

I declare this 30th day of January, 2025, under penalty of perjury that a true and correct copy

of the Application of Aaron A. Wagner, Esq., and the law firm of Kabat Chapman & Ozmer, LLP,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court, was served on the

following counsel of record via e-mail:

Andrew Roman Perrong, Esq.
**PERRONG LAW LLC**
2657 Mt. Carmel Ave
Glenside, PA 19038
Email: a@perronglaw.com
*Attorney for Plaintiff*

John G. Papianou
**MONTGOMERY MCCRACKEN**
**WALKER RHOADS LLP**
1735 Market Street
Philadelphia, PA 19103
Email: jpapianou@mmwr.com
*Attorney for Defendant,*
*Popmenu, Inc.*

Respectfully submitted,

Thomas R. Hurd, Esq.
PA Bar # 23120
**MCELROY DEUTSCH MULVANEY &**
**CARPENTER LLP**
1617 John F. Kennedy Blvd., Suite 1500

Philadelphia, PA 19103
Tel: (215) 557-2923
Fax: (215) 557-2900
Email: thurd@mdmc-law.com
Attorney for Defendant,
Metropolitan Hospitality, Inc.