# EXHIBIT A

| COURT ADMISSIONS - AARON A. WAGNER | |
|---|---|
| **Georgia** | |
|  | Admitted |
| State Bar - 867812 | September 16, 2014 |
| **Court** | |
| U.S.D.C. for the Middle District of Georgia | June 6, 2018 |
| U.S.D.C. for the Northern District of Georgia | June 20, 2016 |
| U.S. Bankruptcy Court - Middle District of Georgia | June 6, 2018 |
| U.S. Bankruptcy Court - Northern District of Georgia | June 20, 2016 |
| **Florida** | |
|  | Admitted |
| State Bar - 110458 | June 2, 2014 |
| **Court** | |
| U.S.D.C. for the Southern District of Florida | June 17, 2016 |
| U.S.D.C. for the Middle District of Florida | March 8, 2017 |
| U.S. Bankruptcy Court - Middle District of Florida | March 8, 2017 |
| **Maryland** | |
|  | Admitted |
| State Bar - 1312260037 | December 13, 2023 |
| **Court** | |
| U.S.D.C. for the District of Maryland | May 12, 2017 |
| **Oregon** | |
|  | Admitted |
| State Bar - 176028 | November 20, 2017 |
| **Court** | |
| U.S.D.C. for the District of Oregon | December 11, 2017 |
| U.S. Bankruptcy Court - District of Oregon | May 20, 2019 |
| **Texas** | |
|  | Admitted |
| Texas - 24037655 | November 6, 2002 |
| **Court** | |
| U.S.D.C. for Eastern District of Texas | December 16, 2020 |
| U.S.D.C. for Southern District Texas - 3813191 | November 23, 2022 |
| U.S.D.C. for Western District of Texas | July 1, 2024 |
| U.S.D.C. for Northern District of Texas | May 16, 2024 |
| U.S. Bankruptcy Court - Northern District of Texas | May 16, 2024 |
| U.S. Bankruptcy Court - Eastern District of Texas | December 16, 2020 |
| **Washington** | |
|  | Admitted |
| State Bar - 51905 | March 15, 2017 |
| **Court** | |
| U.S.D.C. for the Western District of Washington | June 6, 2017 |
| U.S. Bankruptcy Court - Western District of Washington | August 6, 2020 |
| **Washington, D.C.** | |
| District Bar - 888314399 | November 13, 2018 |
| **U.S. Court of Appeals** | |
| Court | Admitted |

| | |
|---|---|
| U.S. Court of Appeals for the Eleventh Circuit | March 6, 2017 |
| U.S. Court of Appeals for the Ninth Circuit | January 5, 2021 |

### U.S. Supreme Court

| Court | Admitted |
|---|---|
| U.S. Supreme Court | March 5, 2007 |