IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 24-5962

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, Aaron A. Wagner the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and are paying the $75.00 admission fee through the CM/ECF portal.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| See attached Exhibit A | | |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| See attached Exhibit A | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

Defendant Metropolitan Hospitality, Inc.

(Applicant's Signature)

1/30/2025
(Date)

Name of Applicant's Firm: Kabat Chapman & Ozmer, LLP

Address: 171 17th Street NW, Suite 1550, Atlanta, GA 30363

Telephone Number: (404) 400-7318

Email Address: awagner@kcozlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/30/2025
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Aaron A. Wagner to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Thomas R. Hurd | [signature] | 3/24/1977 | 23120 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

McElroy Deutsch Mulvaney & Carpenter LLP

1617 John F. Kennedy Blvd., Suite 1550, Philadelphia, PA 19103

Tel: (215) 557-2923

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/30/25
(Date)

[signature]
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA,<br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>POPMENU, INC., et al.,<br><br>    Defendants. | Civil Action File No. 24-5962 |

### ORDER

Before the Court is Defendant Metropolitan Hospitality, Inc.'s Application for Pro Hac Vice for attorney Aaron A. Wagner, Esq., and the law firm of Kabat Chapman & Ozmer, LLP.

IT IS HEREBY ORDERED this 30th day of January, 2025, that the Application of Aaron A. Wagner, Esq., to practice in this court pursuant to Local Rule of Civil Procedure 83.52(b) is

    __X__ GRANTED

    _____ DENIED

/s/ Juan R. Sánchez
Honorable Juan R. Sánchez

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA,<br>Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POPMENU, INC., et al.,<br><br>Defendants. | Civil Action File No. 24-5962 |

### CERTIFICATE OF SERVICE

I declare this 30th day of January, 2025, under penalty of perjury that a true and correct copy of the Application of Aaron A. Wagner, Esq., and the law firm of Kabat Chapman & Ozmer, LLP, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court, was served on the following counsel of record via e-mail:

Andrew Roman Perrong, Esq.
**PERRONG LAW LLC**
2657 Mt. Carmel Ave
Glenside, PA 19038
Email: a@perronglaw.com
*Attorney for Plaintiff*

John G. Papianou
**MONTGOMERY MCCRACKEN WALKER RHOADS LLP**
1735 Market Street
Philadelphia, PA 19103
Email: jpapianou@mmwr.com
*Attorney for Defendant,
Popmenu, Inc.*

Respectfully submitted,

_____
Thomas R. Hurd, Esq.
PA Bar # 23120
**MCELROY DEUTSCH MULVANEY & CARPENTER LLP**
1617 John F. Kennedy Blvd., Suite 1500

Philadelphia, PA 19103
Tel: (215) 557-2923
Fax: (215) 557-2900
Email: thurd@mdmc-law.com
Attorney for Defendant,
Metropolitan Hospitality, Inc.

# EXHIBIT A

| COURT ADMISSIONS - AARON A. WAGNER | |
|---|---|
| **Georgia** | |
| | Admitted |
| State Bar - 867812 | September 16, 2014 |
| Court | |
| U.S.D.C. for the Middle District of Georgia | June 6, 2018 |
| U.S.D.C. for the Northern District of Georgia | June 20, 2016 |
| U.S. Bankruptcy Court - Middle District of Georgia | June 6, 2018 |
| U.S. Bankruptcy Court - Northern District of Georgia | June 20, 2016 |
| **Florida** | |
| | Admitted |
| State Bar - 110458 | June 2, 2014 |
| Court | |
| U.S.D.C. for the Southern District of Florida | June 17, 2016 |
| U.S.D.C. for the Middle District of Florida | March 8, 2017 |
| U.S. Bankruptcy Court - Middle District of Florida | March 8, 2017 |
| **Maryland** | |
| | Admitted |
| State Bar - 1312260037 | December 13, 2023 |
| Court | |
| U.S.D.C. for the District of Maryland | May 12, 2017 |
| **Oregon** | |
| | Admitted |
| State Bar - 176028 | November 20, 2017 |
| Court | |
| U.S.D.C. for the District of Oregon | December 11, 2017 |
| U.S. Bankruptcy Court - District of Oregon | May 20, 2019 |
| **Texas** | |
| | Admitted |
| Texas - 24037655 | November 6, 2002 |
| Court | |
| U.S.D.C. for Eastern District of Texas | December 16, 2020 |
| U.S.D.C. for Southern District Texas - 3813191 | November 23, 2022 |
| U.S.D.C. for Western District of Texas | July 1, 2024 |
| U.S.D.C. for Northern District of Texas | May 16, 2024 |
| U.S. Bankruptcy Court - Northern District of Texas | May 16, 2024 |
| U.S. Bankruptcy Court - Eastern District of Texas | December 16, 2020 |
| **Washington** | |
| | Admitted |
| State Bar - 51905 | March 15, 2017 |
| Court | |
| U.S.D.C. for the Western District of Washington | June 6, 2017 |
| U.S. Bankruptcy Court - Western District of Washington | August 6, 2020 |
| **Washington, D.C.** | |
| District Bar - 888314399 | November 13, 2018 |
| **U.S. Court of Appeals** | |
| Court | Admitted |

| U.S. Court of Appeals for the Eleventh Circuit | March 6, 2017 |
| U.S. Court of Appeals for the Ninth Circuit | January 5, 2021 |

| U.S. Supreme Court ||
| --- | --- |
| Court | Admitted |
| U.S. Supreme Court | March 5, 2007 |