IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>POPMENU, INC., et al.,<br><br>    Defendants. | Civil Action File No. 24-5962 |

**THIRD STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

It is hereby stipulated and agreed between Plaintiff, Weiharik Garcia ("Plaintiff") and Defendant Metropolitan Hospitality, Inc. ("Defendant"), that the deadline for Defendant to respond to Plaintiff's Complaint is hereby extended until and including February 19, 2025.

| | |
|---|---|
| /s/Anthony Paronich (with express permission by AAW) | /s/Aaron A. Wagner |
| Anthony Paronich, Esquire<br>**Paronich Law LLC**<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>Fax: (508) 318-8100<br>*Attorney for Plaintiff* | Thomas R. Hurd, Esquire<br>**McElroy, Deutsch, Mulvaney & Carpenter, LLP**<br>1617 John F. Kennedy Blvd., Suite 1550<br>Philadelphia, PA 19103<br>Tel: (215) 557-2900<br>Fax: (215) 557-2990<br><br>Aaron A. Wagner, Esquire (*pro hac vice*)<br>**Kabat Chapman & Ozmer LLP**<br>171 17th Street NW, Suite 1550<br>Atlanta, GA 30363<br>Tel: (404) 400-7300<br>Fax: (404) 400-7300<br>*Attorneys for Defendant Metropolitan Hospitality, Inc.* |

APPROVED AND SO ORDERED:

_____
Honorable Juan R. Sánchez