IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA,<br>Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>POPMENU, INC., et al.,<br><br>             Defendants. | CIVIL ACTION<br><br>NO.  24-5962 |

### THIRD STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

It is hereby stipulated and agreed between Plaintiff Weiharik Garcia and Defendant Popmenu, Inc., that the deadline for Popmenu to respond to Plaintiff's Complaint is hereby extended until and including **February 19, 2025**.  Such an extension will not affect any existing deadlines and will permit Defendant Popmenu to respond within the same time frame as co-Defendant, Metropolitan Hospitality, Inc.


Dated:  February 5, 2025                                                   Respectfully submitted,

/s/ *Andrew Roman Perrong*                                  /s/ *John G. Papianou*
Andrew Roman Perrong, Esquire                          John G. Papianou, Esquire
Perrong Law LLC                                                      Montgomery McCracken Walker & Rhoads LLP
2657 Mount Carmel Ave.                                        1735 Market Street, 20th Floor
Glenside, PA 19038                                                  Philadelphia, PA 19103
(215) 225-5529                                                          (215) 772-1500
a@perronglaw.com                                                 jpapianou@mmwr.com

*Attorney for Plaintiff*                                              *Attorney for Defendant Popmenu. Inc.*


**APPROVED AND SO ORDERED:**

Dated:  _____, 2025                              Juan R. Sanchez, J.