IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEIHARIK GARCIA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-5962 |
| | : | |
| POPMENU, INC. and METROPOLITAN HOSPITALITY, INC. | : : | |

**ORDER**

AND NOW, this 5th day of February, 2025, upon consideration of the parties' stipulations for extensions of Defendants' deadline to respond, it is ORDERED that Defendants Popmenu and Metropolitan Hospitality deadline to file an answer or other responsive pleading is extended to **February 19, 2025**.

The parties are advised that the Court will grant no more extensions.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.