IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEIHARIK GARCIA | : | CIVIL ACTION |
| *Individually and on behalf of others* | : | |
| *similarly situated* | : | No. 24-5962 |
| v. | : | |
| POPMENU, INC., et al. | : | |

## **ORDER**

AND NOW, this 4th day of March, 2025, it is ORDERED the above-captioned case is referred to Magistrate Judge Pamela A. Carlos for a Rule 16 conference.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.