IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Weiharik Garcia | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| PopMenu, Inc. and | : | No.: 24-5962-JS |
| Metropolitan Hospitality | : | |

ORDER

AND NOW, this   20th   day of   March   2025 , it is hereby

ORDERED that the application of   Oliver Sepulveda   , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]   GRANTED.[1]

[ ]   DENIED.

/s/ Juan R. Sánchez
_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __24-5962-JS__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Oliver Sepulveda__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Florida | 09/23/2004 | 111763 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| USDC SDFL | 03/17/2015 | 111763 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USDC MDFL | 09/19/2019 | 111763 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for  __Oliver Sepulveda__ (Digitally signed by: Oliver Sepulveda, DN: CN = Oliver Sepulveda OU = MIA, USERS, ATTORNEYS, Date: 2025.03.20 09:04:56 -04'00')
(Applicant's Signature)

__03/20/2025__
(Date)

Name of Applicant's Firm: Shutts & Bowen LLP
Address: 200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131
Telephone Number: (305) 379-9182
Email Address: OSepulveda@shutts.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/20/2025__   __Oliver Sepulveda__ (Digitally signed by: Oliver Sepulveda, DN: CN = Oliver Sepulveda OU = MIA, USERS, ATTORNEYS, Date: 2025.03.20 09:05:08 -04'00')
(Date)   (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Oliver Sepulveda to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| John G. Papianou | _[signature]_ | 08/30/2002 | 88149 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Montgomery, McCracken, Walker & Rhoads, LLP, 1735 Market Street, 20th Fl.
Philadelphia, PA  19103; 215-772-1500

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/20/2025
(Date)

_[signature]_
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Weiharik Garcia | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| PopMenu, Inc. and Metropo | : | No.: 24-5962-JS |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Oliver Sepulveda**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Andrew Roman Perron, Esquire
Perrong Law LLC
2657 Mr. Carmel Avenue
Glenside, PA   19038
Attorney for Plaintiff

Thomas R. Hurd, Esquire
McElroy Deutsch, Mulvaney & Carpenter, LLP
1617 JFK Blvd., Suite 1500
Philadelphia, PA   19103
Attorney for Defendant, Metropolitan Hospitality, Inc.

_____
(Signature of Attorney)
**John G. Papianou**
(Name of Attorney)

PopMenu, Inc. and Metropolitan Hospitality, Inc.
(Name of Moving Party)

**03/20/2025**
(Date)