IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEIHARIK GARCIA | : | CIVIL ACTION |
| *Individually and on behalf of others* | : | |
| *similarly situated* | : | No. 24-5962 |
| v. | : | |
| POPMENU, INC., et al. | : | |

**ORDER**

AND NOW, this 16th day of April, 2025, it is ORDERED the schedule in the above-captioned matter is as follows:

- Discovery deadline is October 16, 2025;

- Plaintiff's expert report is due October 30, 2025;

- Defendant's expert report is November 6, 2025;[1]

- Dispositive motions are due November 25, 2025;

- Responses to dispositive motions are due December 9, 2025;

- A telephone conference to discuss settlement shall take place on December 16, 2025 at 9:30 a.m.;

- Motions in limine are due December 23, 2025;

- Responses to motions in limine are due December 30, 2025;

- Plaintiff's pre-trial memorandum is due December 30, 2025

- Defendant's pre-trial memorandum is due December 30, 2025;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as explained in the Honorable Juan R. Sánchez's on-line procedures, are due December 30, 2025;

---

[1] Any deposition of an expert pursuant to Federal Rule of Civil Procedure 26(b)(4)(A) must be conducted before the deadline for submission of dispositive motions.

- Final pre-trial conference shall be held on January 6, 2026, at 9:30 a.m. in Courtroom 14B;

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

- This matter is in the January 12, 2026 trial pool.

- Counsel are referred to Judge Sánchez's operating procedures for further information: http:www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, J.