IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA,<br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>POPMENU, INC., et al.,<br><br>    Defendants. | Civil Action File No. 2:24-CV-05962 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Weiharik Garcia's ("Plaintiff"), Defendant Metropolitan Hospitality, Inc. ("Metropolitan"), Defendant Popmenu, Inc. ("PopMenu," and together with Plaintiff and Metropolitan, the "Parties"), by and through their undersigned counsel, stipulate and agree to the dismissal of all claims against all Defendants in above-captioned action in their entirety with prejudice. Parties shall all pay their own costs and fees associated with this action.

Dated this 23rd day of June, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
**PERRONG LAW LLC**
2657 Mt. Carmel Ave
Glenside, PA 19038
Email: a@perronglaw.com
*Attorney for Plaintiff*

*/s/ Aaron A. Wagner*
Thomas R. Hurd, Esquire
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1617 John F. Kennedy Blvd., Suite 1550
Philadelphia, PA 19103
Tel: (215) 557-2900
Fax: (215) 557-2990

Aaron A. Wagner, Esquire (*pro hac vice*)
**Kabat Chapman & Ozmer LLP**
171 17th Street NW, Suite 1550

Atlanta, GA 30363
Tel: (404) 400-7300
Fax: (404) 400-7300

*Attorneys for Defendant,
Metropolitan Hospitality, Inc.*


Oliver Sepulveda, Esq. *(Pro Hac Vice)*
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd.
Suite 4100
Miami, FL 33131
Tel: (305) 379-9182

*Attorney for PopMenu, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2025, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** using the Court's CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>**PERRONG LAW LLC**<br>2657 Mt. Carmel Ave<br>Glenside, PA 19038<br>Email: a@perronglaw.com<br>*Attorney for Plaintiff* | John G. Papianou<br>**MONTGOMERY MCCRACKEN WALKER RHOADS LLP**<br>1735 Market Street<br>Philadelphia, PA 19103<br>Email: jpapianou@mmwr.com<br>*Attorney for Defendant,*<br>*Popmenu, Inc.* |

                                          Respectfully submitted,

                                          */s/ Aaron A. Wagner*
                                          Aaron A. Wagner, Esq.
                                          Admitted Pro Hac Vice

                                          *Attorney for Defendant,*
                                          *Metropolitan Hospitality, Inc.*