IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEIHARIK GARCIA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-5962 |
| | : | |
| POPMENU, INC., et al. | : | |

## **ORDER**

AND NOW, this 25th day of June, 2025, upon consideration of Plaintiff's Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1) (ECF No. 25), it is **ORDERED** the case is **DISMISSED** with prejudice.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.